UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 3:22-cr-00054-LRH-CLB |
| vs. | ) | MINUTES OF COURT |
| GELASIO JOHNSON GUERRERO, | ) | September 25, 2023 |
| Defendant. | ) | |

**PROCEEDINGS:** Jury Trial (Day Five)

**PRESENT:**
**THE HONORABLE LARRY R. HICKS**, UNITED STATES DISTRICT JUDGE

**Deputy Clerk:** Paris Rich      **Reporter:** Donna Prather

**Counsel for Plaintiff:** Andrew Keenan, AUSA and Penelope Brady, AUSA

**Counsel for Defendant:** Allie Wilson, AFPD and Chris Frey, AFPD

At 9:07 a.m., the Court convenes.

The Defendant (in custody with leg restraints and street clothing) is present with counsel.

The Government is present.

The jury enters the courtroom.   All jurors are present.

The Court addresses Jury Note 5, as provided to the Court on Friday, September 22, 2023.

The Court further advises the jury regarding the lunch procedure for this date.

At 9:09 a.m., the jury is excused for further deliberations.

The Court stands at recess, subject to call of the jury.

At 12:35 p.m., the Court reconvenes.

The Defendant (in custody with leg restraints and street clothing) is present with counsel.

The Government's counsel are present with Erik Anderson, Agent, Federal Bureau of Investigation.

The Court advises counsel that the jury has reached a verdict.

UNITED STATES OF AMERICA  
vs.                                                                  **September 25, 2023**  
**GELASIO JOHNSON GUERRERO**                             **Page 2 of 2**

---

The Court addresses Jury Notes 6 and 7 and provides counsel with the Court's responses.

At 12:41 p.m., the jury enters the courtroom.   All jurors are present.

The verdicts are published by the Courtroom Clerk.

*The jury finds the Defendant Gelasio Johnson Guerrero GUILTY of the offense charged in Count Two of the Indictment filed August 4, 2022.* Verdict signed by the Jury on Friday, September 22, 2023.

*The jury finds Defendant Gelasio Johnson Guerrero GUILTY of the offense charged in Count One of the Indictment filed August 4, 2022.* Verdict signed by the Jury on Monday, September 25, 2023.

At the request of the Defense, the Court polls the jury.   The Court finds the verdict is unanimous.

The Court thanks the jury for their service and discharges them from further federal jury service for a period of two years.   The Court presents further statements.   The jury exits the courtroom.

**IT IS ORDERED that this matter is referred to the U.S. Probation Department for the preparation of a presentence investigation report.**

**IT IS FURTHER ORDERED that Sentencing in this matter is set for Tuesday, December 19, 2023 at 1:30 p.m. in Reno Courtroom 3 before District Judge Larry R. Hicks.**

In closing, Ms. Wilson states the defense intends to renew their Rule 29 motion, although it may be more appropriate to file a motion for new trial so that the parties may fully brief.   The Court acknowledges the request and states a filing with briefing would be preferred.   The Court further states it will allow reasonable time for the parties to brief, if needed.

The Court recites appreciation to counsel.

The Defendant is remanded to custody.

At 12:54 p.m., the Court adjourns.

*Following the conclusion of the jury trial, the Government's Exhibit 5 (Physical Evidence, Holster, ERT Item 1B2), as provided to the jury in response to Jury Note 2, is returned to the Government's custody. See Government's Final Exhibit List attached to these Minutes.*

                                                            DEBRA K. KEMPI, CLERK

                                                            By: /s/ Paris Rich_____  
                                                                     Deputy Clerk