## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GELASIO JOHNSON GUERRERO,<br><br>　　　　Defendant. | Case No. 3:22-cr-00054-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINES PURSUANT TO FRCP 29 AND 33**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between RENE L. VALLADARES, Federal Public Defender, and ALLIE WILSON, Assistant Federal Public Defender, counsel for GELASIO JOHNSON GUERRERO, and JASON M. FRIERSON, United States Attorney, and ANDREW KEENAN, Assistant United States Attorney, counsel for the United States of America, that the deadline to file a Rule 29 Motion for Judgment Acquittal and the deadline to file a Rule 33 Motion for New Trial be extended from October 10, 2023 to **October 16, 2023.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **October 30, 2023**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **November 6, 2023**, to file any and all replies.

This is the first stipulation to continue these motion deadlines.  Counsel is requesting additional time to file a motion pursuant to Rules 29 and 33 with the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 5th day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ ALLIE WILSON<br>By:_____<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for GELASIO GUERRERO | /s/ Andrew Keenan<br>By:_____<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this 6th day of October, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE